UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Eric John Ackerman asf Hospitality and Service Developments, LLC,

Chapter 13 Case
Case No. BKY  15-60017-MER

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Hiway Federal Credit Union for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Lot Twenty (20), Block Four (4), Knollwood Estates Plat 4.

3   The automatic stay is terminated to enable Hiway Federal Credit Union to enforce its claims against the co-obligor Kelly E. Ackerman, in accordance with applicable nonbankruptcy law.

4. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:  *August 25, 2015*

*/e/ Michael E. Ridgway*
Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/25/2015*
Lori Vosejpka, Clerk, by SLS